IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

RALPH W. MCCLAIN, JR., :
      Plaintiff :
       :
       :
      v. : CIVIL NO. 1:10-CV-35
       :
       :
DR. KALE, M.D., *et al.*, :
      Defendants :

*O R D E R*

      AND NOW, this 5th day of August, 2011, upon consideration of the Report and Recommendation of Magistrate Judge Smyser, to which no objection has been filed, it is ORDERED that the Report (Doc. 46) is approved. Pursuant to the Magistrate Judge's recommendation, it is ORDERED as follows:

    1. The claims against Captain Does 1-4 and Nurse Does 1 and 2 are dismissed pursuant to Fed. R. Civ. P. 4(m)

    2. The case is remanded to Judge Smyser for further proceedings.

                        /s/ William W. Caldwell
                        William W. Caldwell
                        United States District Judge